**No. 09-717. Delma Banks, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1068, 130 S. Ct. 2092, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3309.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 583 F.3d 295.

**No. 09-727. Rodrique Bradley, Petitioner v. Louisiana.**

559 U.S. 1068, 130 S. Ct. 2093, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3426.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.

Same case below, 997 So. 2d 694.

**No. 09-763. Darniece Turnipseed, et al., Petitioners v. Dorothy Brown, Clerk, Circuit Court of Illinois, Cook County, et al.**

559 U.S. 1068, 130 S. Ct. 2094, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3380.

April 19, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 88, 330 Ill. Dec. 358, 908 N.E.2d 546.

**No. 09-788. Norfolk Southern Railway Company, Petitioner v. Thomas David Jordan, et al.**

559 U.S. 1068, 130 S. Ct. 2094, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3472.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Tennessee, Western Division, denied.

**No. 09-790. Edmund Zagorski, Petitioner v. Ricky Bell, Warden.**

559 U.S. 1068, 130 S. Ct. 2094, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3281,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 326 Fed. Appx. 336.

**No. 09-799. Eric L. Davies, et ux., Petitioners v. David T. Moysa, et ux.; and Eric L. Davies, et ux., Petitioners v. Philip Doi, Judge, District Court of Hawaii, First Circuit, et al.**

559 U.S. 1068, 130 S. Ct. 2095, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3469.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Hawaii denied.

Same case below, 121 Haw. 461, 220 P.3d 1042 (first judgment).

**No. 09-800. North County Community Alliance, Inc., Petitioner v. Ken L. Salazar, Secretary of the Interior, et al.**

559 U.S. 1068, 130 S. Ct. 2095, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3293.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 573 F.3d 738.